No. 36. CLAUDE E. BARNES *v*. PEOPLE OF THE STATE OF NEW YORK. Error to the County Court of Jefferson County, State of New York. Argued October 7, 1924. Decided October 13, 1924. *Per Curiam*. Dismissed on the authority of *Vigliotti* v. *Pennsylvania,* 258 U. S. 403; *Molinari* v. *Maryland,* 263 U. S. 685; *Hixon* v. *Oakes,* 265 U. S. 254; *Kennedy* v. *United States,* 265 U. S. 344. *Mr. Nathaniel F. Breen,* with whom *Mr. John B. Rogers* was on the brief, for plaintiff in error. *Mr. Henry Purcell* and *Mr. E. R. Wilcox* appeared for defendant in error.

No. 57. J. H. HINES COMPANY, INC., ET AL. *v*. AMET GUILLOT, SHERIFF, ETC. Error to the Supreme Court of the State of Louisiana. Argued October 9, 10, 1924. Decided October 13, 1924. *Per Curiam*. Dismissed for the want of jurisdiction upon the authority of the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. John Dale,* with whom *Mr. B. F. Young, Mr. John Dale, Jr.,* and *Mr. Wade E. Couvillon* were on the brief, for plaintiffs in error. *Mr. G. L. Porterie,* with whom *Mr. J. D. Wilkinson, Mr. W. S. Wilkinson, Mr. C. R. Bordelon* and *Mr. C. H. Lewis* were on the brief, for defendant in error.

No. —. Original. *Ex parte:* IN THE MATTER OF RALPH TINCHER, PETITIONER. Submitted October 9, 1924. Decided October 13, 1924. Motion for leave to file petition for a writ of habeas corpus herein denied, without prejudice to an application to be presented to the Circuit Justice assigned to the Fourth Circuit. *Mr. J. Raymond Gordon* for petitioner.